**UDALL LAW FIRM, LLP**
ATTORNEYS AT LAW
4801 E. BROADWAY BLVD., SUITE 400
TUCSON, ARIZONA 85711-3638
520. 623-4353
pakmajian@udalllaw.com
Peter Akmajian, SBN 009593
Attorneys for Plaintiff

Paul J. Komyatte, *Pro Hac Vice*
**THE KOMYATTE LAW FIRM**
1536 Cole Blvd, Suite 300
Lakewood, CO  80401
(720) 975-8553- Telephone
(720)  528-8072- Facsimile
paul@komyattelawfirm.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JUDY BENNETT,  surviving spouse of John Bennett, Deceased, Individually and on Behalf of All Surviving Wrongful Death Beneficiaries, | NO. CIV 12-00244-TUC-RM-CRP |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| TRIAD GROUP, INC., a Wisconsin corporation; H&P INDUSTRIES, INC., a Wisconsin corporation; RGH ENTERPRISES, INC., an Ohio corporation, d/b/a EdgePark Medical Supplies; ERIC HAERTLE, a Wisconsin resident; DAVID HAERTLE, a Wisconsin resident; DONNA PETROFF, an Illinois resident; STERIS CORPORATION, an Ohio corporation; STERIS INC., a Delaware corporation; and STERIS ISOMEDIX SERVICES, INC., a Delaware corporation, | |
| Defendants. | |

The parties, through undersigned counsel, hereby stipulate to the dismissal, with prejudice, of all Defendants, each party to bear their own costs and attorneys' fees.

DATED: August 18, 2014
UDALL LAW FIRM, LLP

By/s/ Peter Akmajian
   Peter Akmajian
   Attorneys for Plaintiffs

DATED: August 18, 2014

MEAGHER & GEER, P.L.L.P

By/s/ Colleen A. Lomax (with permission)
   Colleen A. Lomax
   Attorneys for Defendant RGH
   Enterprises, Inc., d/b/a EdgePark
   Medical Supplies Plaintiffs

DATED: August 18, 2014

DLA PIPER LLP (US)

By/s/ Mark A. Nadeau (with permission)
   Mark A. Nadeau
   Aaron T. Goodman
   Attorneys for Defendants Steris Inc.

DATED: August 18, 2014
THE KOMYATTE LAW FIRM

By/s/ Paul Komyatte (with permission)
   Paul Komyatte,
   Attorneys for Plaintiffs

DATED: August 18, 2014

BOWMAN & BROOKE, LLP

By/s/ Paul R. Lee (with permission)
   Paul R. Lee
   Attorneys for Defendants Triad Group,
   Inc. and H&P Industries

DATED: August 18, 2014

MESCH, CLARK & ROTHSCHILD, P.C.

By/s/ Gary J. Cohen (with permission)
   Gary J. Cohen
   Douglas H. Clark
   Attorneys for Defendants Donna Petroff,
   Eric Haertle and David Haertle

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2014 I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul J. Komyatte, Esquire
THE KOMYATTE LAW FIRM
1536 Cole Boulevard, Suite 300
Lakewood, Colorado   80401
paul@komyattelawfirm.com
*Attorneys for Plaintiff*

Colleen A. Lomax, Esquire
Meagher & Geer, P.L.L.P
8800 North Gainey Center Drive, Suite 261
Scottsdale, Arizona   85258
clomax@meagher.com
*Attorneys for Defendant RGH Enterprises, Inc., d/b/a EdgePark Medical Supplies*

Paul R. Lee, Esquire
BOWMAN AND BROOKE, LLP
2901 North Central Avenue, Suite 1600
Phoenix, Arizona   85012-2721
paul.lee@bowmanandbrooke.com
*Attorneys for Defendants Triad Group, Inc. and H&P Industries, Inc.*

Mark A. Nadeau, Esquire
Aaron T. Goodman, Esquire
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix Arizona   85016-4232
mark.nadeau@dlapiper.com
aaron.goodman@dlapiper.com
*Attorneys for Defendants Steris Inc.*

UDALL LAW FIRM, LLP
4801 E. BROADWAY BLVD., SUITE 400
TUCSON, ARIZONA 85711-3638
520.623.4353

Gary J. Cohen, Esquire
Douglas H. Clark, Esquire
MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona   85701
gcohen@mcrazlaw.com
dclark@mcrazlaw.com
*Attorneys for Defendants Donna Petroff, Eric Haertle and David Haertle*

    /s/ Peter Akmajian