# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judy Bennett,<br><br>            Plaintiff,<br><br>v.<br><br>Triad Group Incorporated, et al.,<br><br>            Defendants. | No. CV-12-00244-TUC-RM<br><br>**ORDER** |

Having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 171), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed, with prejudice, as to all Defendants, each party to bear its own attorneys' fees and costs.

Dated this 18th day of August, 2014.

Honorable Rosemary Márquez
United States District Judge